# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | Yousif H. Halloum | **Case No :** | 12–21477 – C – 7 |
| | | **Date :** | 2/26/14 |
| | | **Time :** | 10:00 |

**Matter :** [384] – Motion/Application to Use Cash Collateral [HAR–22] Filed by Debtor Yousif H. Halloum (dpas)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Danielle Hendricks
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
    Debtor(s) Attorney – Daniel S. Weiss
**Respondent(s) :**
(by phone)    Trustee's Attorney – Scott H. McNutt


MOTION was :
Findings of fact/conclusions of law stated orally on record

Dismissed without prejudice.