# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES
### AMENDED

| | | | |
|---|---|---|---|
| **Case Title :** | Yousif H. Halloum | **Case No :** | 12–21477 – C – 7 |
| | | **Date :** | 2/26/14 |
| | | **Time :** | 10:00 |

| | |
|---|---|
| **Matter :** | Status Conference – [1] – Chapter 11 Voluntary Petition. All Schedules and Statements filed. |
| **Judge :** | Ronald H. Sargis |
| **Courtroom Deputy :** | Danielle Hendricks |
| **Reporter :** | Diamond Reporters |
| **Department :** | C |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
   Debtor(s) Attorney – Daniel S. Weiss
(by phone)   Trustee's Attorney – Scott H. McNutt
(by phone)   Creditor's Attorney – Paul Arrow, Greg Campbell, David Katzen, Alan Koenig
   U.S. Trustee's Attorney – Edmund Gee

DISPOSITION:

The case having been converted to one under Chapter 7 by order of the court entered on February 12, 2014, the Status Conference is removed from the calendar.

February 26, 2014 Hearing

Trustee Report

Trustee appointed as a Chapter 11 to advise the parties and court if a plan could be confirmed. The Trustee requested to allow the Debtor to stay in possession and operate while the Trustee investigated and worked for a consensual plan. On the eve of a hearing, the Debtor fired his counsel and would not agree to a plan. Case was converted two and one half weeks ago.

Trustee took possession of the assets and closed the business operation. Trustee has found an operator to run the business and the bank provide financing. A compromise has been worked out with the bank for a 9019 compromise. There is an existing order to allow the Chapter 7 Trustee to operate the business.