| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KURT RAMLO (SBN 166856)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: kr@lnbyb.com<br><br>Attorneys for Iman Y. Halloum,<br>Party in Interest | |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| In re:<br><br>YOUSIF H. HALLOUM,<br><br>Debtor. | Chapter 11<br><br>Case No.: 12-21477-C-7 |
|---|---|
| | **SUBSTITUTION OF ATTORNEY** |

1. The name of the party making this Substitution of Attorney is *(specify name)*:  Iman Y. Halloum

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:

   Iman Y. Halloum (in Pro Per)
   111 Silver Cloud Pl.
   Danville, CA  94526

3. New attorney hereby appears in the following matters:  ☒ the case   ☐ the above adversary proceeding

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                          Page 1                                                          F 2090-1.4.SUBSTITUTION.ATTY

4. The new attorney is substituted as attorney of record in place and stead of the present attorney. *(Specify name of present attorney)*:

Kurt Ramlo of Levene, Neale, Bender, Yoo & Brill L.L.P.

Date: May 21, 2015

_____
Signature of party

Iman Y. Halloum (in Pro Per)
Printed name of party

_____
Signature of second party (if applicable)

Printed name of second party (if applicable)

_____
Signature of third party (if applicable)

Printed name of third party (if applicable)f party

_____
Signature of fourth party (if applicable)

Printed name of fourth party (if applicable)

I consent to the above substitution.

Date: May 22, 2015

/s/ Kurt Ramlo
Signature of present attorney

Kurt Ramlo of Levene, Neale, Bender, Yoo & Brill L.L.P.
Printed name of present attorney

The above substitution is accepted.

Date: May 22, 2015

_____
Signature of new attorney

Iman Y. Halloum (in Pro Per)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 2    F 2090-1.4.SUBSTITUTION.ATTY