FORM L157 Memo to File Re: Calendar Correction (v.2.13)     12–21477 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## MEMO TO FILE RE: CALENDAR CORRECTION

Case Number:   12–21477 – C – 7                                     DCN:

Case Title:   Yousif H. Halloum

**TO WHOM IT MAY CONCERN:**

An application/motion/objection was submitted for filing without a Notice of Hearing with the date and time set forth as required pursuant to Local Rule 9014–1. This application/motion/objection will be calendared <u>ONLY</u> upon receipt of a Notice of Hearing with date and time filled in along with a copy of the original application/motion/objection previously filed.

Contacted by phone: Daniel Weiss, Esq.

Other:

**Notice of Hearing is required in re: Substitution of Attorney filed 5/29/15, document no. 925.**

The filing party will submit a Notice of Hearing or an Amended Notice of Hearing as necessary.

Dated:
6/2/15

For the Court,
Wayne Blackwelder , Clerk